IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

(SAN FRANCISCO DIVISION)

| | |
|---|---|
| In re: Bextra and Celebrex Marketing Sales Practices and Product Liability Litigation<br><br>WILLIAM WHITE, individually,<br><br>Plaintiff<br><br>v.<br><br>PFIZER INC., PHARMACIA CORP., And G. D. SEARLE & CO. | MDL No. 1699<br><br>District Judge: Charles R. Breyer<br><br>Case No.: 3:06-cv-07739-CRB<br><br>**STIPULATION AND PROPOSED ORDER OF DISMISSAL WITH PREJUDICE** |

COME NOW the Plaintiffs and Defendants, by and through their undersigned attorneys, pursuant to the Federal Rule of Civil Procedure, Rule 41, and hereby stipulate to dismissal of this action with prejudice with each side bearing its own attorneys' fees and costs.

Respectfully submitted this the 9 day of Sept, 2009

///
///
///
///
///

- 1 -
STIPULATION OF DISMISSAL WITH PREJUDICE

| | |
|---|---|
| Defendants<br>By: _____/s/_____<br>Stuart B. Gordon, Esq.<br>Matt Holian, Esq.<br>DLA Piper LLP (USA)<br>1251 Avenue of the Americas<br>New York, NY 10020<br>(212) 335-4846 (office)<br>(212) 884-8675 (facsimile)<br>Attorney for the Defendants | Plaintiff    /s/ KR<br>By: _____<br>B. Kristian W. Rasmussen, Esq.<br>Cory Watson Crowder & DeGaris, P.C.<br>2131 Magnolia Avenue<br>Birmingham, AL 35205<br>(205) 328-2200<br>(205) 324-7896 (facsimile)<br><br>Attorney for the Plaintiff |

### ORDER OF DISMISSAL WITH PREJUDICE

THIS MATTER having come before this Court on the Parties Stipulation of Dismissal, it is hereby ORDERED AND ADJUDGED:

This matter is dismissed with prejudice with each side bearing its own attorneys' fees and costs.

DONE AND ORDERED this 30th day of September, 2009, in San Francisco, California.

_____
CHARLES R. BREYER
United States District Judge

*IT IS SO ORDERED*
*Judge Charles R. Breyer*
(Seal: United States District Court, Northern District of California)

Conformed copies to:
B. Kristian W. Rasmussen, Esquire
Stuart M. Gordon, Esq.
Matt Holian, Esq.